Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TACOS MARQUITOS, LLC dba TACOS MARQUITOS, et al.,<br><br>　　　　　Defendants. | No.  1:13-cv-01746-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TACOS MARQUITOS, LLC ONLY;  ORDER** |

1    IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Tacos Marquitos, LLC dba Tacos Marquitos, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendant Tacos Marquitos, LLC dba Tacos Marquitos** be dismissed from the above-captioned action with prejudice.  Each party is to bear its own attorneys' fees and costs.

Date: February 4, 2014					MOORE LAW FIRM, P.C.


							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff
							John Morales

Date: February 4, 2014					COLEMAN & HOROWITT, LLP


							*/s/ C. Fredrick Meine III*
							C. Fredrick Meine III
							Attorneys for Defendant
							Tacos Marquitos, LLC dba Tacos Marquitos


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Tacos Marquitos, LLC dba Tacos Marquitos** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   February 4, 2014					_____
							SENIOR  DISTRICT  JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT TACOS MARQUITOS, LLC ONLY; [PROPOSED] ORDER