Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, <br><br> Plaintiff, <br><br> vs. <br><br> TACOS MARQUITOS, LLC dba TACOS MARQUITOS, et al., <br><br> Defendants. | No.  1:13-cv-01746-AWI-SKO <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER** |

WHEREAS, none of the defendants remaining in this action have filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 5, 2014                MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorneys for Plaintiff
                                      John Morales

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed **without prejudice**.

IT IS SO ORDERED.

Dated:   February 5, 2014                                   _____
                                                            SENIOR  DISTRICT  JUDGE